# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.3
### Eastern Division

Nancy McNaughton

                              Plaintiff,

v.                                                                         Case No.: 1:09–cv–02735
                                                                        Honorable Ruben Castillo

DMA Financial Corporation, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 29, 2009:

    MINUTE entry before the Honorable Geraldine Soat Brown: Telephone status hearing held. Counsel for the parties advise the Court that a settlement agreement has been reached on the final issue of this case. Settlement conference previously set for 11/10/09 is stricken. All matters relating tot he referral of this action having been concluded, the referral is closed and the case is returned to the assigned judge. Judge Honorable Geraldine Soat Brown no longer referred to the case.Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.