THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| NANCY MCNAUGHTON, individually and on behalf of a class of similarly situated individuals, | ) ) ) | |
| *Plaintiffs*, | ) ) | No. 09-cv-2735 |
| v. | ) ) | Judge Ruben Castillo |
| DMA FINANCIAL CORPORATION, a Nevada corporation, MARKETING RESPONSE SOLUTIONS, LLC a Texas limited liability Company, and INTERLINKED MEDIA, INC., a Texas corporation, | ) ) ) ) ) ) ) | Magistrate Judge Geraldine Brown |
| *Defendants*. | ) | |

## JOINT STIPULATION OF DISMISSAL

The undersigned parties, by their respective counsel, hereby stipulate and agree that this matter, including any and all claims asserted therein, shall be dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, with each party bearing its own costs.

NANCY MCNAUGHTON

December 1, 2009

By: /s/Michael J. McMorrow
Michael J. McMorrow
KamberEdelson LLC

*Attorneys for Nancy McNaughton*

DMA FINANCIAL CORPORATION

December 1, 2009

By: /s/Claudia Callaway
Claudia Callaway
Katten Muchin Rosenman LLP

*Attorneys for DMA Financial Corp.*

MARKETING RESPONSE SOLUTIONS, LLC

December 1, 2009

By: /s/Claudia Callaway
Claudia Callaway
Katten Muchin Rosenman LLP

*Attorneys for Marketing Response Solutions LLC*